**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**TEXARKANA DIVISION**

**UNITED STATES OF AMERICA**

v.                                                                    **Criminal No. 4:17CR40014-001**

**FREDRICO BRADLEY**

## FINAL ORDER OF FORFEITURE

On May 17, 2018, the Court entered a Preliminary Order of Forfeiture in this case in accordance with Fed.R.Crim. P. 32.2(b). (Doc. 105). In the Preliminary Order of Forfeiture, $26,587.00 in United States Currency was forfeited to the United States pursuant to 21 U.S.C. § 853.

The United States was required to publish notice of this order pursuant to Fed.R.Crim. P. 32.2(b)(6) and 18 U.S.C. § 982(b)(1), incorporating by reference 21 U.S.C. § 853. On June 18, 2018, an attorney for the United States filed a notice of Proof of Publication, showing that for 30 days, notice of the Court's Preliminary Order of Forfeiture was advertised on www.forfeiture.gov. The deadline for filing claims was July 17, 2018. No third party claims have been filed.

Pursuant to Fed. R. Crim. P. 32.2(b)(4), a Preliminary Order of Forfeiture becomes final as to a defendant at sentencing.

Accordingly it is hereby ORDERED, DECREED, AND ADJUDGED:

1. That based upon the guilty plea and the plea agreement of the parties, pursuant to Fed. R. Crim. P. 32.2(b)(4), the Preliminary Order of Forfeiture entered on May 17, 2018, shall become final at this time.

IT IS SO ORDERED this 25th day of _____July_____, 2019.

_____
HONORABLE SUSAN O. HICKEY
UNITED STATES DISTRICT JUDGE